# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Victor Vega,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                    3:06-cv-347-1-MU

Theodis Beck, et al.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2006 Order.

**Signed: August 14, 2006**

*[Signature]*

Frank G. Johns, Clerk
United States District Court

dockets.Justia.com